FILED
07 DEC 27 PM 12: 16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury      '07 CR 3478 JLS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| GUADALUPE AISPURO, | ) | |
| Defendant. | ) | |

The grand jury charges:

Count 1

On or about October 17, 2007, within the Southern District of California, defendant GUADALUPE AISPURO did knowingly and intentionally import approximately 28.32 kilograms (approximately 62.30 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CPH:nlv:Imperial
12/20/07

## Count 2

On or about October 17, 2007, within the Southern District of California, defendant GUADALUPE AISPURO did knowingly and intentionally possess, with intent to distribute, approximately 28.32 kilograms (approximately 62.30 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 27, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney

2