```
                           FILED
                      07 DEC 27 PM 12:16
                      CLERK, U.S. DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA

                   BY              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    '07 CR 3478 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
|         Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| GUADALUPE AISPURO, ) | |
|         Defendant. ) | |

TO THE CLERK OF THE COURT:

    Please take notice that the above-entitled case is related to <u>United States of America v. Guadalupe Aispuro</u>, Criminal Case No. 07CR3133-JLS.

    DATED: December 27, 2007.

                                        KAREN P. HEWITT
                                      United States Attorney

                                        CAROLINE P. HAN
                                      Assistant U.S. Attorney