**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169
Fax: (619) 684-3569
email: jodithorp@thorplawoffice.com

Counsel for Mr. Aispuro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SANMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3478-JLS |
| Plaintiff, | |
| v. | |
| GUADALUPE AISPURO | CERTIFICATE OF SERVICE |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED:        February 22, 2008                    /s/ Jodi D. Thorp
                                                   JODI D. THORP
                                                   Attorneys for Mr. Aispuro