1  **JODI DENISE THORP**
California State Bar No. 223667
2  427 "C" Street, Suite 300
San Diego, California 92101
3  Telephone: (619) 233-3169 x 14
Fax: (619) 684-3569
4  email: jodithorp@thorplawoffice.com

5  Attorneys for Guadalupe Aispuro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARINTO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR3478-JLS |
| Plaintiff, | |
| v. | DATE: May 9, 2008 |
| GUADALUPE AISPURO | TIME: 1:30 p.m. |
| Defendant. | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, counsel for Guadalupe Aispuro, along with Assistant United States Attorney Carlos Arguello, that the motion hearing currently scheduled for May 9, 2008, be rescheduled to Friday**, June 6, 2008, at 1:30 p.m.** for motion hearing. The parties agree that all other dates should be vacated.

**IT IS SO STIPULATED.**

DATED:    May 6, 2008            /s/ Jodi D. Thorp
                                 **JODI D. THORP**
                                 Counsel for Mr. Guadalupe Aispuro


DATED:    May 6, 2008            /s/ Carlos Arguello
                                 **CARLOS ARGUELLO**
                                 Assistant United States Attorney