UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3478-JLS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER |
| GUADALUPE AISPURO | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the Motion Hearing currently scheduled for May 9, 2008, at 1:30 p.m., be rescheduled to Friday**, June 6, 2008, at 1:30 p.m.**

**SO ORDERED.**

DATED: May 7, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge